Form B271 (Official Form 271)

# United States Bankruptcy Court
Southern District of Alabama

In Re:  
Johnnie Ruth Brown  
aka Johnnie Ruth Hart−Jerkins  
xxx−xx−4657

Case Number: 07−10642

## FINAL DECREE

The estate of the above named debtor has been fully administered. Lynn Harwell Andrews is discharged as trustee of the estate of the above−named debtor and the bond is cancelled:

The Chapter 7 case of the above named debtor is closed; and the surety or sureties on said bond be, and they hereby are released further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Date: 8/14/09

WILLIAM S. SHULMAN  
UNITED STATES BANKRUPTCY JUDGE